UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SIMPSON,

    Plaintiff,                                         Case No. 1:09-cv-698

v                                                    HON. JANET T. NEFF

PRISON HEALTH SERVICES, INC.,
et al.,

    Defendants.
_____/

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a Motion to Revoke Plaintiff's *In Forma Pauperis* Status and to Dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that the Defendant's motion be granted in part and denied in part. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 28) is approved and adopted as the opinion of the Court subject to the following:

**IT IS FURTHER ORDERED** that the Motion to Revoke Plaintiff's *In Forma Pauperis* Status and to Dismiss (Dkt 17) is granted in part and denied in part.

**IT IS FURTHER ORDERED** that Plaintiff's *in forma pauperis* status is REVOKED and Plaintiff shall pay the $350.00 civil action filing fee within twenty-eight (28) days of the date of this order. If Plaintiff fails to do so, the action will be dismissed without prejudice. Even if the matter

1

is dismissed, Plaintiff shall be responsible for the payment of the $350.00 filing fee. Payment is to be submitted to:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."


Dated: May 18, 2010         /s/Janet T. Neff
                            JANET T. NEFF
                            UNITED STATES DISTRICT JUDGE